LAURA NOTT DOWSETT, LIFE BENEFICIARY, AND SHERMAN N. DOWSETT, REMAINDERMAN *v.* HAWAIIAN TRUST COMPANY, LIMITED, AS TRUSTEE OF THE TRUST ESTATE OF HERBERT M. DOWSETT, CREATED DECEMBER 31, 1935.

No. 4306.

July 2, 1964.

Tsukiyama, C. J., Cassidy, Wirtz, Lewis and Mizuha, JJ.

*Per Curiam.* The petition for rehearing in the above-entitled cause is denied without argument.

*Robert G. Dodge (Heen, Kai & Dodge* and *Dudley Harkleroad,* San Francisco, Calif.) for the petition.